Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of CLARA MILDRED FREY, Respondent, for Compensation under the Workmen's Compensation Law, v. BURROWS SHOE COMPANY, Employer, and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Insurance Carrier, Appellants.— Award reversed and claim dismissed on the authority of Ross v. Howieson [198 App. Div. 674], decided herewith. All concur, except John M. Kellogg, P. J., dissenting on the dissenting opinion in Ross v. Howieson.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of PHILIP LEVIGNE, Respondent, for Compensation under the Workmen's Compensation Law, v. KNIGHT CAN COMPANY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of JANE HOLTON, Respondent, for Compensation under the Workmen's Compensation Law, v. L. E. HARROWER, Employer, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

In the Matter of the Judicial Settlement of the Accounts of GEORGE W. McNITT, as Successor Trustee under the Last Will and Testament of CAROLINE E. HALL, Deceased, Respondent. FRANK D. McNITT, Appellant; MINNIE L. SMITH, as Trustee, etc., and Others, Respondents.— Decree unanimously affirmed, with one bill of costs to the respondents, together with the disbursements of the respondents, against the appellant.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ANTONINO BONNANO, Dependent Father, and ANNA OLIVERI BONNANO, Dependent Mother, Respondents, for Compensation under the Workmen's Compensation Law, Claimed to Be Due to Deceased, VINCENZO BONNANO, v. METZ BROTHERS COMPANY, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Insurance Carrier, Appellants.— Award reversed and matter remitted to the State Industrial Board. All concur, except John M. Kellogg, P. J., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of LIDA M. WATKEYS, Respondent, for Compensation under the Workmen's Compensation Law, for the Death of HARRY S. WATKEYS, v. C. E. MILLS Co., Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JENNIE MOGRAY, Respondent, for Compensation to Herself under the Workmen's Compensation Law, v. F. B. HUXLEY & SON, Employer, and THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of VINCENT J. CARR, Respondent, for Compensation under the Workmen's Compensation Law, v. J. W. COWPER COMPANY, Employer, and THE EMPLOYERS' MUTUAL INSURANCE COMPANY OF NEW YORK, Insurance Carrier, Appellants.— Award unanimously affirmed.